# EXHIBIT A



CertainTeed brings fiber cement siding that you can choose with confidence, install with pride and experience in comfort.

We create beauty, harmony and innovation in your world with the rich colors and stunning textures of CertainTeed FiberCement siding.

Our FiberCement relies on environmentally sustainable principles to design technologically advanced, earth friendly siding that looks as good as it performs.

Each and every sheet and board is engineered for decades of superior protection, wear and durability, and is backed with a century-long tradition of excellence and customer satisfaction.

When we say CertainTeed, we mean quality, made certain, satisfaction guaranteed.

CERTAINTEED WEATHERBOARDS SIDING is the best-looking, finest performing fiber cement siding you can buy. We've spent the better part of 100 years creating home building products that stand the test of time. And look good doing it.

A BEAUTIFUL HOME is a joy forever.

Our fiber cement siding dramatically enhances the look of your home. It's available in a stunning array of colors and shapes that make a statement about your style. Your home deserves the great looks and long-lasting durability of CertainTeed WeatherBoards siding.

EXHIBIT A

**LOOKS BETTER**

- Deeper, more authentic wood grain
- A complete system of siding, decorative shapes, soffit and trim
- A variety of textures, profiles and colors to match virtually any design style

**PROPRIETARY PATENTED FORMULA**

- Environmentally friendly design using a recycled material
- Contains more than 30% post-industrial recycled fly ash material
- Lighter weight, lower density boards for easier handling and installation
- Compatible with a wide variety of trim boards

**LASTS LONGER**

- Higher interlaminate bond strength means superior freeze/thaw protection
- FiberTect® Sealant/Primer protects against damaging moisture
- Resists everyday bumps and harmful impacts
- 50-year limited transferable warranty*

**OUTPERFORMS THE OTHERS**

Fiber cement siding outperforms wood and other siding.

- Consistent quality and dimensional stability
- Class A (Class 1) Flame Spread Rating
- Non-combustible
- Impervious to wood-boring insects
- Resists damaging effects of salt spray and UV rays
- Will not rot



